UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | CV 13-8664-DMG(VBKx) | Date | June 16, 2014 |
|---|---|---|---|
| Title | Harolyn Rhue v. Signet Domain, LLC, et al. | | |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:   IN CHAMBERS - Order To Show Cause Re: Dismissal for Lack of Prosecution**

On April 22, 2014, the Court issued an 1) Order Directing Service of Process By the United States Marshal (Doc # 14) and 2) Order Re: Service of Process by the United States Marshal (Doc # 15), which instructed Plaintiff to file with the Court's deputy clerk a Notice of Submission indicating that all required documents have been submitted.  To date, Plaintiff have failed to comply with Court orders.

Accordingly, the court, on its own motion, orders plaintiff to show cause in writing on or before **July 17, 2014** why this action should not be dismissed for lack of prosecution.  As an alternative to a written response by plaintiff, the Court will consider the filing of "*Notice of Submission of Documents To United States Marshal*" attached to the Order Re: Service of Process by the United States Marshal (Doc # 15).

It is plaintiff's responsibility to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond. If necessary, plaintiff(s) must also pursue Rule 55 remedies promptly upon the default of any defendant.  All stipulations affecting the progress of the case must be approved by this Court.  (Local Rules 7-1 and 7-2).

No oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due.  This action will be **dismissed** if the above-mentioned document(s) are not filed by the date indicated above.

| CV-90 | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk KT |
|---|---|---|